IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JERRY JOHNNY THOMPSON, JR., : | |
| : | |
| Petitioner : | |
| : | |
| v. : | CASE NO. 7:05-CR-9-002(HL) |
| : | |
| : | |
| UNITED STATES OF AMERICA, : | |
| : | |
| Respondent : | |

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 268) filed November 6, 2013 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 2nd day of December, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**